1  Michael K. Brown (SBN 104252)
   Thomas J. Yoo (SBN 175118)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071
   Telephone:     213.457.8000
4  Facsimile:      213.457.8080
   Email: mkbrown@reedsmith.com
5  tyoo@reedsmith.com

6  Steven J. Boranian (SBN 174183)
   REED SMITH LLP
7  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
8  Telephone:     415.543.8700
   Facsimile:      415.391.8269
9  Email: sboranian@reedsmith.com

10 Kevin M. Hara (SBN 221604)
   REED SMITH LLP
11 1999 Harrison St., Suite 2400
   Oakland, CA  94610
12 Telephone:     510.763.2000
   Facsimile:      510.273.8832
13 Email: khara@reedsmith.com

14 Attorneys for Defendant
   Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE HARRISON,<br><br>              Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., et al.,<br><br>              Defendants. | Case No. **2:07-cv-00042-MCE-CMK**<br><br>**STIPULATION AND ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING DECISION ON TRANSFER TO VIOXX MDL NO. 1657** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Katherine Harrison v. Merck & Co., Inc., et al.* Case Number 2:07-cv-00042-MCE-CMK, was filed in state court on September 26, 2006 and removed to this Court on January 5, 2007.

No discovery has been conducted or scheduled.

On January 29, 2007, Merck filed a Motion to Stay Proceedings Pending the Transfer Decision of the Judicial Panel on Multidistrict Litigation ("JPML").  On February 2, 2007, plaintiff filed a Motion to Remand.  Oral argument is scheduled for April 2, 2007.

On January 9, 2007, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint.  Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as *In re Vioxx Products Liability Litigation*, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.  This case was listed on a conditional transfer order, CTO-83, on February 1, 2007.

Plaintiff has timely opposed the transfer of this case to the Vioxx MDL.  The MDL panel will decide whether this case should be transferred to the MDL.

In light of the pending decision regarding the transfer of this case to the Vioxx MDL, the parties respectfully request that further Joint Status Reports be postponed and that Discovery and Scheduling Conferences be continued until the JPML rules on plaintiff's opposition to conditional

1   transfer of this action to MDL No. 1657.

2   SO STIPULATED.

Dated: March 8, 2007

**REED SMITH LLP**

By: _____/s/ Kevin M. Hara_____
    Kevin M. Hara
    Attorney for Defendant
    MERCK & CO., INC.

Dated: March 8, 2007

**PANISH SHEA AND BOYLE**

By: _____/s/ Kevin R. Boyle_____
    Kevin R. Boyle
    Attorney for Plaintiff
    Katherine Harrison

STIPULATION AND PROPOSED ORDER STAYING RULE 26(F) CONFERENCE



## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

March 19, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE