GREENE BROILLET & WHEELER, LLP
LAWYERS
100 WILSHIRE BOULEVARD, SUITE 2100
P.O. BOX 2131
SANTA MONICA, CALIFORNIA 90407-2131
TEL. (310) 576-1200
FAX. (310) 576-1220
BRUCE C. FISHELMAN, STATE BAR NO. 117945
TIMOTHY J. WHEELER, STATE BAR NO. 85381
GEOFFREY S. WELLS, STATE BAR NO. 126498

PANISH, SHEA & BOYLE, LLP
LAWYERS
11111 SANTA MONICA BOULEVARD, SUITE 700
LOS ANGELES, CALIFORNIA 90025
TEL: (310) 477-1700
FAX: (310) 477-1699
BRIAN J. PANISH, STATE BAR NO. 116060
KEVIN R. BOYLE, STATE BAR NO. 192718

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FLORIDA 32502-5996
TEL: (850) 435-7000
FAX: (850) 435-7019
TROY RAFFERTY, FLORIDA BAR NO. 024120
RACHAEL GILMER, FLORIDA BAR NO. 0887331
PETE KAUFMAN, FLORIDA BAR NO. 0548421

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for __Plaintiff__

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE HARRISON,<br><br>  Plaintiff<br>v.<br><br>MERCK & COMPANY, INC., a corporation; McKESSON CORPORATION, a corporation; AMERISOURCEBERGEN DRUG CORPORATION, a corporation; DOES 1 to 100; PHARMACEUTICAL DEFENDANT DOES 101 to 200, and DISTRIBUTOR DOES 201 to 300, inclusive,<br><br>  Defendants. | CASE NO. 2:07-cv-00042-MCE-CMK<br><br>[Hon. Morrison C. England, Jr.]<br><br>AMENDED REQUEST FOR TELEPHONIC APPEARANCE AND ORDER THEREON<br><br>Hearing Date: May 4, 2007<br>Time:         9:00am<br>Dept:         Courtroom 3<br><br>[Comp. Filed: September 26, 2006]<br><br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

GOOD CAUSE APPEARING, the Court hereby grants Plaintiff's Request for Telephonic Appearance and that Plaintiff's attorney Bruce C. Fishelman may appear on all matters scheduled to be heard in the above matter on May 4, 2007, at 9:00 a.m. in Courtroom 3. Mr. Fishelman shall contact the court at the date and time designated for the hearing.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE